UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY, LLC ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 4:07CV0008AS |
| ) | |
| MAURICE PARR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| MAURICE PARR, ) | |
| ) | |
| Counter-Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Counter-Defendant. ) | |

**NOTICE OF COMPLIANCE WITH ORDER**

Counsel for Monsanto has stated their intent to refuse to file the Stipulation for Dismissal because they contend that Parr has not yet complied with paragraph 3 of the agreed order which was entered by this Court on April 22, 2008.  This paragraph provides that Parr will place a notice on his seed cleaning equipment stating the following:

> Do Not Ask to Clean Roundup Ready Soybeans.
>
> All Brands of Roundup Ready Soybeans Are Patented.
>
> Replanting Is Prohibited.

Parr has fully complied with this order.  Parr has placed a sign on each of his two seed

cleaning machines which contain the precise language provided for in paragraph 3 of the Court's order. A copy of photographs showing the sign which is now affixed to Mr. Parr's seed cleaning equipment is attached hereto. Given the fact that Parr has fully complied with the Court's order, Parr respectfully requests this Court to dismiss Monsanto's complaint and Parr's counterclaim with prejudice, each party to bear their own costs.

        s/ Stephen R. Pennell
        Stephen R. Pennell (Atty. No. 5683-79)
        William P. Kealey (Atty. No. 18973-79)
        STUART & BRANIGIN LLP
        300 Main Street, Suite 900
        P.O. Box 1010
        Lafayette, IN  47902-1010
        Telephone: (765) 423-1561

        *Attorneys for Defendant and Counter-Counter-Plaintiff, Maurice Parr*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Joel E. Cape, Joseph N. Mole, Garrett W. Thalgott, Michael J. Stapleton and Miles P. Clements.

        s/ Stephen R. Pennell
        Stephen R. Pennell

464120.1