## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| **MONSANTO COMPANY and** | ) | |
| **MONSANTO TECHNOLOGY, LLC** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 4:07CV0008AS** |
| | ) | |
| **MAURICE PARR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **MAURICE PARR,** | ) | |
| | ) | |
| **Counter-Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MONSANTO COMPANY,** | ) | |
| | ) | |
| **Counter-Defendant.** | ) | |

## <u>ORDER</u>

Upon consideration of the Stipulation of Dismissal filed by counsel on behalf of all

parties, Plaintiffs and Counter-Defendant, Monsanto Company and Monsanto Technology, LLC,

and the Defendant and Counter-Plaintiff, Maurice Parr,

**IT IS HEREBY ORDERED** that all claims and counterclaims which have been brought or

could have been brought by either party against the other which have not been decided by the

Court's Memorandum Opinion and Order for Permanent Injunction which was entered by this

Court on April 21, 2008 are hereby dismissed with prejudice, each party to bear its own costs.

The Memorandum Opinion and Order of April 21, 2008 [Doc. Nos. 73 -75] shall remain in

effect and enforceable.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for October 1, 2008 at 10:30 a.m.

in South Bend, Indiana is **VACATED**.

      **SO ORDERED SEPTEMBER 24, 2008**.

                              _____/s/ ALLEN SHARP_____
                              ALLEN SHARP, JUDGE
                              UNITED STATES DISTRICT COURT